NO. 07-01-0095-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 5, 2004

______________________________

EX PARTE TITUS TERRANCE HICKS

_________________________________

FROM THE 223
RD
 DISTRICT COURT OF GRAY COUNTY, TEXAS

NO. 32,123; HONORABLE LEE WATERS, JUDGE

_________________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

On March 14, 2001, the clerk of this court received a copy of a Notice of Appeal by which appellant Titus Terrance Hicks, acting 
pro se
, appealed from an order in cause number 32,123 in the 223rd
 District Court of Gray County.  The filing fee was not paid.  By letter dated June 14, 2001, the appellate clerk advised appellant that 
a filing fee had not been received.  
See
 
Tex. R. App. P
. 5
.  
The clerk’s letter likewise advised that
 failure to pay the filing fee
 would subject the appeal to dismissal.  
See
 
Tex. R. App. P
. 42.3. 

The filing fee has not been paid.  A brief has not been filed nor any other action taken by appellant to prosecute the appeal. 

The appeal is dismissed.  
See
 
Tex. R. App. P
. 42.3.

Phil Johnson

Chief Justice